

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2018

No. 04-18-00607-CV

**IN THE INTEREST OF S.A.M., ET AL**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02510
Honorable Susan D. Reed, Judge Presiding

## O R D E R

On September 27, 2018, this court issued an order instructing appellant B.J.P. to respond with a reasonable explanation for failing to file her notice of appeal in a timely manner. The court, having considered appellant B.J.P.'s response, finds that she has provided an adequate explanation for filing her notice of appeal late but within the fifteen-day grace period. *See* TEX. R. APP. P. 26.3; *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Therefore, the appeal brought by B.J.P. is RETAINED on this court's docket. The appellant's brief for B.J.P. is due *within twenty (20) days* from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court